## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                              Case No.  08-14524-TMW

AMOS, JEFFREY W                                     Chapter 7
AMOS, BARBARA J.

                                    Debtors.

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000005 | American Infosource LP as Agent For Target<br>P O Box 248838<br>Oklahoma City, Oklahoma 73124-8838 | $3.59 |
| 000006 | PYOD LLC its successors and assigns as assignee of MHC RECEIVABLES LLC c/o Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | $1.37 |
| 000007 | SFC – Central Bankruptcy<br>209 Dawson Rd., Ste 4B<br>Columbia, SC 29223 | $3.24 |
| 000009 | Southwest Radiology Associates<br>c/o Works & Lentz Inc<br>3030 NW Expressway, Ste 1300<br>Oklahoma City, OK 73112 | $1.42 |

| 000010 | Norman Urgent Care Center<br>c/o Works & Lentz Inc<br>3030 NW Expressway, Ste 1300<br>Oklahoma City, OK 73112 | $0.85 |
|---|---|---|
| 000011 | Prohealth Physicians<br>c/o Works & Lentz Inc<br>3030 NW Expressway, Ste 1300<br>Oklahoma City, OK 73112 | $1.43 |

**TOTAL**                                                                     **$11.90**


DATED: June 29, 2010

/s/ Robert A. Brown_____
ROBERT A. BROWN, Trustee, OBA #11235
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK  74074
405.377.8185
bob@bobbrownattorney.com

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**3009**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 06/29/10 | **********11.90 |

**1835514**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-14524    TMW | Debtor: AMOS, JEFFREY W |
| | Joint Debtor: AMOS, BARBARA J. |

United States Bankruptcy Court
OK

*Eleven Dollars And 90/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003009⑈ ⑆ ▉▉▉▉▉▉ ⑆ ▉▉▉▉ 2826⑈

---

| Date: 06/29/10 | Check Number:  3009 | Amount:    11.90 |
|---|---|---|

| | |
|---|---|
| Case Number:  08-14524    TMW | |
| Debtor Name:  AMOS, JEFFREY W | |
| SSN: ▉▉▉▉4836 | |

| Paid To: | United States Bankruptcy Court OK | Trustee: | ROBERT A. BROWN, TRUSTEE |
|---|---|---|---|
| | | | 123 WEST 7TH AVENUE, SUITE 102 |
| | | | STILLWATER, OK 74074 |

Description:   REMITTED TO COURT

Bank Account Number: ▉▉▉2826